■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARDO CANTORAL, Appellant. [853 NYS2d 916]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered May 5, 2006, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Spolzino, J.P., Ritter, Dillon, Balkin and Leventhal, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL DAVIS, Appellant. [853 NYS2d 916]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 26, 2004 (*People v Davis*, 9 AD3d 468 [2004]), affirming four judgments of the County Court, Westchester County, all rendered March 31, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Rivera, Skelos and Santucci, JJ., concur.